**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 13-2339**

JORDAN A. BROWN,

                Plaintiff – Appellee,

        v.

RAMONA BROCKETT,

                Defendant – Appellant,

        and

UNIVERSITY OF MARYLAND EASTERN SHORE,

                Defendant.

Appeal from the United States District Court for the District of Maryland, at Baltimore.  J. Frederick Motz, Senior District Judge.  (1:11-cv-00240-JFM)

Submitted:  October 31, 2014          Decided:  November 4, 2014

Before WILKINSON, KING, and DUNCAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Laura L. Nagel, ALAN LESCHT & ASSOCIATES, PC, Washington, D.C., for Appellant. Peter F. Axelrad, N. Tucker Meneely, COUNCIL, BARADEL, KOSMERL & NOLAN, P.A., Annapolis, Maryland, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ramona Brockett appeals the district court's order denying Brockett's motion for a judgment notwithstanding the verdict or for a new trial following the jury's verdict in favor of Jordan Brown on his claim for defamation, and challenges the amount of damages remitted upon the court's grant of Brockett's motion for a remittitur. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Brown v. Brockett, No. 1:11-cv-00240-JFM (D. Md. Oct. 15, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED